UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-3878

_____

JOSEPH ELASSAAD,

Appellant

v.

INDEPENDENCE AIR, INC.;
DELTA AIR LINES, INC.,

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 05-cv-02328)
District Judge: Honorable Edmund V. Ludwig

_____

Present: MCKEE, Chief Judge, SLOVITER, SCIRICA,
RENDELL, AMBRO, FUENTES, SMITH, FISHER,
CHAGARES, JORDAN, VANASKIE, *Circuit Judges,*
and AMBROSE, *District Judge.**

_____

SUR PETITION FOR REHEARING
WITH SUGGESTION FOR REHEARING IN BANC

_____


*The Honorable Donetta W. Ambrose, Judge of the United States District Court
for the Western District of Pennsylvania, sitting by designation.

Upon consideration of the Petition of Appellee, Independence Air, Inc., for Rehearing En Banc or Panel Rehearing, it is hereby ORDERED that the said petition is GRANTED to the extent it seeks panel rehearing, and the precedential opinion of this Court filed on May 12, 2010 is hereby VACATED.

Petitioner has urged that our opinion in this case failed to acknowledge its argument regarding conflict preemption. The panel's Amended Opinion, filed contemporaneously herewith, includes a discussion of this issue and vacates the order of the District Court.

BY THE COURT:

/s/ Marjorie O. Rendell

_____
Circuit Judge

Dated: July 6, 2010
crg/cc: All counsel of record

2